JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD CURTIS WADE, | ) | NO. CV 23-2759-AB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. HILL, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying Motion to File a Late Petition," this action is dismissed without prejudice.

DATED: April 19, 2023.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE